**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

COURTNEY MACKINTRUSH                                                                                    PETITIONER
Reg. #25467-009

v.                                         NO. 4:15CV00667-JLH-JTR

J.A. KELLER, Regional Director,
South Central Regional Office,
Federal Bureau of Prisons, et al.                                                                       RESPONDENTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DENIED, and that this case is DISMISSED with prejudice.

DATED this 5th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE