**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

COURTNEY MACKINTRUSH                                                                   PETITIONER
Reg. #25467-009

v.                                    NO. 4:15CV00667-JLH-JTR

J.A. KELLER, Regional Director,
South Central Regional Office,
Federal Bureau of Prisons, et al.                                                          RESPONDENTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITH PREJUDICE.

DATED this 5th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE