**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

COURTNEY MACKINTRUSH                                                    PETITIONER
Reg. #25467-009

v.                                    NO. 4:15CV00667-JLH-JTR

J.A. KELLER, Regional Director,
South Central Regional Office,
Federal Bureau of Prisons, et al.                                      RESPONDENTS

<u>**AMENDED ORDER**</u>

        The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge J. Thomas Ray and the objections received by the Court on

January 7, 2016.   After *de novo* review, the Court concludes that the Proposed Findings and

Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this

Court's findings in all respects.   Judgment will be entered accordingly.

        IT IS THEREFORE ORDERED THAT this petition for a writ of habeas corpus under

28 U.S.C. § 2241 is DENIED, and that this case is DISMISSED with prejudice.

        DATED this 8th day of January, 2016.


                                              _____
                                              UNITED STATES DISTRICT JUDGE