**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

COURTNEY MACKINTRUSH　　　　　　　　　　　　　　　　　　　　PETITIONER
Reg. #25467-009

v.　　　　　　　　　NO. 4:15CV00667-JLH-JTR

J.A. KELLER, Regional Director,
South Central Regional Office,
Federal Bureau of Prisons, et al.　　　　　　　　　　　　　　　　　RESPONDENTS

**AMENDED JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITH PREJUDICE.

DATED this 8th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE